PHILIP MORRIS & CO. v. MENDHAM et al. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Philip

Morris & Co. against Maurice B. Mendham and another. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to court below to open default.